**DISTRICT COURT OF THE UNITRD STATES**
**EASTERN DISTRICT OF NEW YORK**

CLAUDETTE BOOTHE

          Plaintiff,

-against-

ROSSROCK FUNDS II LP, FLUSHING SAVINGS BANK,
JAMES ROSS, JAMES H. ROSS, JASPAN SCHLESINGER LLP
"GILL CASTRO" known as "GILL CASTRO", FRANK DELL' AMORE,
KEVIN ETZEL, GREGORY CERCHIONE, ET AL, JOHN DOES1-100, all
Persons unknown, claiming any Legal or equitable right, title, estate,
Lien, or interest in the property Described in the complaint adverse
to plaintiff's title or any cloud On plaintiff's title thereto,

                                    Defendants

Civil Action No. 16-CV-900

Affidavit of Service
FIRST AMENDED COMPLAINT
Amended Summons

*FILED* 2016 MAR 22 PM 11:21 CLERK U.S. DISTRICT COURT E.D.N.Y.

STATE OF NEW OF NEW YORK
                ss:
COUNTY OF KINGS

Lancelot Favorite, being duly sworn, says:
    I am a Licensed Process Server License # 1233899.

    I am not a party to the action and am over 18 years of age. I have a place of business in Brooklyn, NY County of Kings 11203.

    On March 17, 2016 I mailed a copy of Amended Summons and First Amended Complaint to Gregory Cerchione at 150 Broadway, 23rd Floor NY, NY 10038 in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of place of business of defendant by Certificate of Mailing.

                                              Lancelot Favorite
                                              License # 1233899

Sworn to before me
17th Day of March 2016

_____
Notary

TYRONE STANFORD HAWKER
Notary Public, State of New York
No. 01HA6324037
Qualified in Kings County
Commission Expires May 04, 2019

UNITED STATES
POSTAL SERVICE ®   Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail

From: L. Favorite
269 E 40th St
Bklyn NY 11203

To: Gregory Cerchione
150 Broadway 23
BFI NY, NY 10038

PS Form 3817, April 2007   PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11221
MAR 17, 16
AMOUNT
$1.3
00109728-0
1000

Index No. 16-CV-900

CLAUDETTE BOOTHE
Plaintiff(s) Petitioner(s)

against

ROSSROCK FUND II LP, FLUSHING SAVINGS BANK, JAMES ROSS, GIL CASTRO, KNOWN AS GIL CASTRO, FRANK DELL'AMORE, KEVIN ETZEL, GREGORY CERCHIONE
Defendant(s) Respondent(s)

Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF: **KINGS** ss.: **MICHAEL PAUL**

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **214 BUFFALO AVENUE BKLYN NY 11213**

On _____ at _____ .M., at _____
deponent served the within
- ☐ summons ☐ with notice ☐ summons, Spanish summons and complaint, the language
- ☐ summons and complaint ☐ notice of petition and petition required by NYCRR 2900.2(e), (f) & (h) was set forth on
- ☐ subpoena duces tecum ☐ subpoena on the face of the summons(es)
- ☐ citation ☐

on _____
☐ defendant ☐ witness { hereinafter called } therein
☐ respondent { the recipient } named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at **GREGORY CERCHIONE 150 BROAD WAY 23rd F. NY NY 10038** in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

Other identifying features: **MAILED CERTIFICATE OF MAILING. VERIFIED COMPLAINT FOR DAMAGES.**

**WITNESS FEES** ☐ $ _____ the authorized traveling expenses ☐ was paid (tendered) to the recipient
and one day's witness fee: ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **3/14/2016**

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

License No. _____

147 — Affidavit of service: multi-purpose form, 10 pt. type, 9-99 © 1999 by Blumberg Excelsior, Inc. PUBLISHER NYC 10013

UNITED STATES
POSTAL SERVICE®

Certificate Of Ma[iling]

This Certificate of Mailing provides evidence that mail has been presented to USPS® for [mailing].
This form may be used for domestic and international mail.

From: MICHAEL PAUL
c/o Claudette Boothe
214 BUFFALO Aven
BKLYN NY 11213.

To: GREGORY CERChioi
150 BROADWAY 2B.
NY. NY 10038
REFEREE.

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BROOKLYN, NY
11201
MAR 14, 18
AMOUNT
$1.35
R2304H107557-25

**DISTRICT COURT OF THE UNITRD STATES**
**EASTERN DISTRICT OF NEW YORK**

CLAUDETTE BOOTHE

                Plaintiff,

-against-

ROSSROCK FUNDS II LP, FLUSHING SAVINGS BANK,
JAMES ROSS, JAMES H. ROSS, JASPAN SCHLESINGER LLP
"GILL CASTRO" known as "GILL CASTRO", FRANK DELL' AMORE,
KEVIN ETZEL, GREGORY CERCHIONE, ET AL, JOHN DOES1-100, all
Persons unknown, claiming any Legal or equitable right, title, estate,
Lien, or interest in the property Described in the complaint adverse
to plaintiff's title or any cloud On plaintiff's title thereto,

                                            Defendants

Civil Action No. 16-CV-900

**Affidavit of Service**
**SUMMONS IN A CIVIL ACTION**

*FILED* 2016 MAR 22 PM 11:16 CLERK U.S. DISTRICT COURT E.D.N.Y. AFTER HOURS DROP BOX

STATE OF NEW OF NEW YORK
                ss:
COUNTY OF KINGS

Lancelot Favorite, being duly sworn, says:
    I am a Licensed Process Server License # 1233899.

    I am not a party to the action and am over 18 years of age. I have a place of business in Brooklyn, NY County of Kings 11203.

    On March 8, 2016 at 1:08pm at 150 Broadway 23rd Floor NY, NY 10038 I served a copy of Summons in a Civil Action on Gregory Cerchione by living a copy with Christine Hernandez who stated she was authorized to receive service on behalf of Mr. Gregory Cerchione.

**Deponent describes the individual served as follows:**

| Sex | Height | Weight | Age | Color of Skin | Color of Hair |
|---|---|---|---|---|---|
| Male | Under 5' | Under 100 Lbs. | 18-20 Yrs. | Describe Color | x Black  White |
| X Female | 5'0 – 5'3 | 100 – 130 | 21- 35 Yrs. | __Tan__ | Brown  Balding |
|  | X 5'4 – 5'7 | x 131 – 160 | 36 – 50 Yrs. |  | Blond  Bald |
|  | 5'8 - 6'0 | 161 – 200 | 51 – 64 Yrs. |  | Gray  Red |
|  | Over 6' | Over 200 Lbs. | Over 65 Yrs. |  | Unknown |

Age 30 – 27 yrs

On March 10, 2016 I mailed a copy in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of place of business of defendant by Certificate of Mailing.

                                                    Lancelot Favorite
                                                  License # 1233899

Sworn to before me
14th Day of March 2016

_____
Notary

TYRONE STANFORD HAWKER
Notary Public, State of New York
No. 01HA6324037
Qualified in Kings County
Commission Expires May 04, 2019

DISTRICT COURT OF THE UNITRD STATES
EASTERN DISTRICT OF NEW YORK

CLAUDETTE BOOTHE
                Plaintiff,

Civil Action No. 16-CV-900

-against-

Affidavit of Service
FIRST AMENDED COMPLAINT

ROSSROCK FUNDS II LP, FLUSHING SAVINGS BANK,
JAMES ROSS, JAMES H. ROSS, JASPAN SCHLESINGER LLP
"GILL CASTRO" known as "GILL CASTRO", FRANK DELL' AMORE,
KEVIN ETZEL, GREGORY CERCHIONE, ET AL, JOHN DOES1-100, all
Persons unknown, claiming any Legal or equitable right, title, estate,
Lien, or interest in the property Described in the complaint adverse
to plaintiff's title or any cloud On plaintiff's title thereto,
                                      Defendants

STATE OF NEW OF NEW YORK
                SS:
COUNTY OF KINGS

Lancelot Favorite, being duly sworn, says:
    I am a Licensed Process Server License # 1233899.

I am not a party to the action and am over 18 years of age. I have a place of business in Brooklyn, NY County of Kings 11203.

On March 8, 2016 at 1:08pm at 150 Broadway 23rd Floor NY, NY 10038 I served a copy of First Amended Complaint on Gregory Cerchione by living a copy with Christine Hernandez who stated she was authorized to receive service on behalf of Mr. Gregory Cerchione.

**Deponent describes the individual served as follows:**

| Sex | Height | Weight | Age | Color of Skin | Color of Hair |
|---|---|---|---|---|---|
| Male | Under 5' | Under 100 Lbs. | 18-20 Yrs. | Describe Color | x Black   White |
| X Female | 5'0 – 5'3 | 100 – 130 | 21- 35 Yrs. | __Tan__ | Brown   Balding |
| | X   5'4 – 5'7 | x 131 – 160 | 36 – 50 Yrs. | | Blond   Bald |
| | 5'8 - 6'0 | 161 – 200 | 51 – 64 Yrs. | | Gray   Red |
| | Over 6' | Over 200 Lbs. | Over 65 Yrs. | | Unknown |

Age 30 – 27 yrs

On March 10, 2016 I mailed a copy in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of place of business of defendant by Certificate of Mailing.

                                              Lancelot Favorite
                                              License # 1233899

Sworn to before me
___ Day of _March_ 2016
_____
Notary

TYRONE STANFORD HAWKER
Notary Public, State of New York
No. 01HA6324037
Qualified in Kings County
Commission Expires May 04, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CLAUDETTE BOOTHE

*Plaintiff(s)*

v.

Civil Action No. 16-CV-900 (PKC)(RML)

SEE NEXT PAGE FOR LIST OF DEFENDANTS

*Defendant(s)*

**AMENDED**
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE NEXT PAGE FOR LIST OF DEFENDANTS AND THEIR CORRESPONDING ADDRESSES

2016 MAR 22 PM 11: 16

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PRO SE:
CLAUDETTE BOOTHE
3221 Church Avenue
Brooklyn, NY 11226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: MAR 0 8 2016

Ralph Vega, Jr.,
*Signature of Clerk or Deputy Clerk*

## LIST OF DEFENDANTS

**Rossrock Funds II LP; Flushing Savings Bank; James Ross; Gill Castro; Gregory Cerchione; Jaspan Schlesinger LLP; Frank Dell' Amore and Kevin Etzell**

2016 MAR 22 PM 11: 16 *FILED*

# LIST OF DEFENDANTS
## and CORRESPONDING MAILING ADDRESSES

Rossrock Funds II LP
150 East 52 St.
27th Floor
New York, NY 10022

Flushing Savings Bank
220 RXP Plaza of Uniondale
Uniondale, NY 11556

James Ross
c/o Rossrock Fund II LP
150 East 52 St.
27th Floor
New York, NY 10022

Gill Castro
Rossrock Fund II LP
150 East 52 St.
New York, NY 10022

Gregory Cerchione
c/o 291 Broadway 9th Floor
New York, NY 10001

Jaspan Schlesinger LLP
300 Garden City Plaza
5th Floor
Garden City, NY 11530

Frank Dell' Amore
300 Garden Cvity Plaza
5th Floor
Garden City, NY 11530

Kevin Etzell
300 Garden City Plaza
5th Floor
Garden City, NY 11530