At an I.A.S. Trial Term, Part 48 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 23 day of February 2016

PRESENT:
Hon. PARTNOW
                    Justice

---

ROSSROCK FUND II LP
                    Plaintiff(s)

Cal. No. 12
Index No. 44329/07

- against -

CARLOS LUIS TOLEDO, CLAUDETTE BOOTHE et al.
                    Defendant(s)

---

The following papers numbered 1 to ___ read on this motion    Papers Numbered
Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed _____
Answering Affidavit (Affirmation) _____
Reply Affidavit (Affirmation) _____
_____ Affidavit (Affirmation) _____
Pleadings - Exhibits _____
Stipulations - Minutes _____
Filed Papers _____

Based on all the papers submitted and oral argument on the record before this court, Plaintiff's motion (sequence no. 20) to hold Claudette Boothe in contempt is adjourned to May 3, 2016 at 9:30 a.m. At which time the court will hold a hearing to determine whether Claudette Boothe is in contempt. The temporary restraining order issued by the court on February 17, 2016 shall remain in effect pending the contempt hearing. Plaintiff's motion (sequence no. 219) is granted and the clerk of the court is directed to reject any application seeking to affect the foreclosure sale of 3221 Church Avenue, Brooklyn, NY conducted on December 17, 2015.

For Clerks use only
MG ___
MD ___
Motion Seq. #

ENTER
Page 1 of 2

See page 2
J.S.C.

EJV-rev 11-04

## PAGE 2

INDEX# 44329/02   DATE 2-23-16

PLAINTIFF Rosrock   vs   DEFENDANT Toledo/Ecoffe

OR which seeks to affect Rosrock II Fund II LP's rights as owner of 3221 Church Avenue Brooklyn, NY, without prior leave of the Honorable Mark I. Partnow. Claudette Bastie, Toby Ashton and any other person with notice of this order are hereby prohibited from filing any motions, applications, orders to show cause or any other requests for relief in any court other than the Supreme Court of Kings County which seek to affect Rosrock Fund II LP's rights as the owner of the property located at 3221 Church Avenue, Brooklyn, NY, without prior permission of this court.

ENTERED/SO ORDERED

_____
JSC

**PAGE 2**

Civil Court of the City of New York
County of Kings
Part: Part O, Room: 505
Date: February 22, 2016

Index #: LT-006075-16/KI
Motion Seq #: 1

## Decision/Order

Claudette Boothe
    Petitioner(s)
-against-
Rossrock Fund II LP; James Ross; Gil Castro; Jaspan Schlesinger LLP
    Respondent(s)

Present: Bruce E. Scheckowitz
Judge

Recitation, as required by CPLR 2219(A), of the papers considered in the review of this OSC for: **restoring to the calendar for trial on a date certain**

| PAPERS | NUMBERED |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | 1 |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | 2 — Order of Justice Partnow dated 3/1/16 |
| Stipulations | |
| Other | 2 — Ct order dated 2/8/16 |

Upon the foregoing cited papers, the Decision/Order in this Motion is as follows:

Pet's 3/4/16 OTSC is denied and based on the 2 sup ct orders the notation restoring pet to full possession forthwith pursuant to order dated 2/8/16 is stricken as the court order after inquest dated 2/8/16 is also vacated as respondent was short served and therefore could not appear. Therefore as the service was insufficient the original OTSC in lieu of petition is also denied w/o prej to a new case with proper service.

[Note in margin: they never were brought into case — must take into consideration...]

Date: _____
Judge, Civil/Housing Court

Generated: February 18, 2016